IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHEDDRICK ADREKIS NEAL,**

    **Petitioner,**

v.                                               Case No. 4:16cv787-MW/CJK

**STATE OF FLORIDA,**

    **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, filed pursuant to 28 U.S.C. § 2241 is § 2241 is **DISMISSED**

---

[1] Petitioner has failed to keep this Court advised of his current address. However, as set forth in the Magistrate Judge's Report and Recommendation, previous mailings have been returned to the Clerk and the Wakulla County Jail confirmed Petitioner was released from custody. ECF No. 5.

1

**as moot**."   The Clerk shall close the file.

      **SO ORDERED on February 24, 2017.**

                                          **s/Mark E. Walker            ____**
                                          **United States District Judge**